Virginia S. Bonham, Appellant, *v.* Cosmo Coe et al., Respondents, and Jacob Katz et al., Appellants.

Argued October 14, 1937; decided November 23, 1937.

*Manly E. King* for plaintiff, appellant.

*Frederick Wiedman* for Jacob Katz et al., defendants, appellants, and for Zeekay Apartment Corporation, defendant, respondent.

*Herbert R. Reif* and *Lathrop D. Marsland* for National Bank of Rochester et al., respondents.

*William V. R. Erving* for Albany Savings Bank, respondent.

Judgment affirmed, with costs; no opinion.

Concur: CRANE, Ch. J., LEHMAN, O'BRIEN, HUBBS, LOUGHRAN, FINCH and RIPPEY, JJ.